# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: **5:11-cr-00003 JLT** |
| **BYRON CIFUENTES** | Jared Thompson |
| | Defendant's Attorney |

## THE DEFENDANT:

[✔]  pleaded guilty to count 5.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:13 CPC 415(2) | Noise Disturbance | Oct 2011 | 5 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/1/2012
Date of Imposition of Judgment

*Jennifer L. Thurston*
Signature of Judicial Officer

**JENNIFER L. THURSTON**, U.S. Magistrate Judge
Name & Title of Judicial Officer

5/2/12
Date

| CASE NUMBER: | 5:11-CR-00003 JLT | Judgment - Page 2 of 2 |
|---|---|---|
| DEFENDANT: | Byron Cifuentes | |

## *PROBATION*

The defendant is placed on COURT UN-SUPERVISED PROBATION for a term of 6 months.

## *CRIMINAL MONETARY PENALTIES*

The defendant must pay the total criminal monetary penalties as follows.

|  | Assessment | Fine | Total |
|---|---|---|---|
| Totals: | $ 10.00 | $ 390.00 | $ 400.00 |

## *SCHEDULE OF PAYMENTS*

Payment of the total fine shall be due within 4 months.

Payments must be made by Check or Money Order, payable to: Clerk, U.S. District Court and *mailed* to:

U.S. District Court
Office of the Clerk
2500 Tulare Street, Room 1501
Fresno, CA 93721

Your check or money order must indicate your name and case number to ensure your account is credited for payments received.